# EXHIBIT A



## Service of Process Transmittal Summary

**TO:**  Tom Le
Experian
475 ANTON BLVD BLDG D
COSTA MESA, CA 92626-7037

**RE:**  **Process Served in Georgia**

**FOR:**  Experian Information Solutions, Inc.  (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHERROD DEON LAWRENCE and ONAJAH Q. LAWRENCE vs. EXPERIAN INFORMATION SOLUTIONS, INC. |
| **DOCUMENT(S) SERVED:** | Sheriff's Entry Of Service, Complaint, Acknowledgement, Exhibit(s), Summons(es) |
| **COURT/AGENCY:** | Barrow County Superior Court, GA<br>Case # 25CV000802G |
| **NATURE OF ACTION:** | Complaint For Damages Under The Fair Credit Reporting Act |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/20/2025 at 10:55 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Sherrod D. Lawrence<br>416 Camden Drive<br>Winder, GA 30680<br>706-380-5624 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/21/2025, Expected Purge Date: 06/26/2025<br><br>Image SOP<br><br>Email Notification,  April Williams  april.williams@experian.com<br><br>Email Notification,  Francesca Di Iorio  francesca.diiorio@experian.com<br><br>Email Notification,  Tom Le  marina.velardi@experian.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |
| **REMARKS:** | Due to the illegible condition of the enclosed documents, CTs transmittal may be incomplete. |



**CT Corporation**
**Service of Process Notification**
06/20/2025
CT Log Number 549426187

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                                          Fri, Jun 20, 2025
**Server Name:**                                   Drop Service

| Entity Served | EXPERIAN INFORMATION SOLUTIONS INC |
|---------------|-------------------------------------|
| Case Number | 25-CV-000802-G |
| Jurisdiction | GA |

| Inserts | | |
|---------|---|---|
| | | |




Wolters Kluwer

☑ Please note that the documents attached are of poor quality and the enclosed scan is of the best quality attainable. If you require improved quality documents, please contact the serving party.

SHERIFF'S ENTRY OF SERVICE

SC-85-2    CLIVE CASTLEBERRY CO.

Civil Action No. _____

Date Filed _____

| | Superior Court | ☑ | Magistrate Court | ☐ |
| | State Court | ☐ | Probate Court | ☐ |
| | Juvenile Court | ☐ | | |

Georgia, _____ COUNTY

**Attorney's Address**

_____

_____ **Plaintiff**

In Se

VS.

_____

**Name and Address of Party to be Served.**

_____ **Defendant**

Experian Information Solutions, Inc.
Chattanooga System
385 Other Street
Lawrenceville Ga 30446

_____ **Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally, with a copy of the within actions and summons.

**NORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at their most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant Experian Information Solutions Inc a corporation by leaving a copy of the within action and summons with Jane R. Claudean in charge of the office and place of doing business of said Corporation in this County.

**TACK&** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by deposing a true copy of the same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed therein containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 20 day of Jun , 20 25

Lt. Higgins SC541
**DEPUTY**

SHERIFF DOCKET _____ PAGE _____

White - Clerk    Canary - Plaintiff    Pink - Defendant

## 2nd Original

FILED
SUPERIOR COURT
BARROW COUNTY, GA

2025 JUN -2 PM 4: 57

JAMIE J. JONES, CLERK

### IN THE SUPERIOR COURT OF BARROW COUNTY

### STATE OF GEORGIA

SHERROD DEON LAWRENCE and ONAJAH Q. LAWRENCE,

416 Camden Drive Winder, GA 30680

Plaintiffs,

v.                                                Civil Action No. 25-CV-000802-G

EXPERIAN INFORMATION SOLUTIONS, INC.

c/o C T Corporation System 289 S Culver Street

Lawrenceville, GA 30046-4805

Defendant.

---

### COMPLAINT FOR DAMAGES UNDER THE FAIR CREDIT REPORTING ACT

COME NOW Plaintiffs, Sherrod Deon Lawrence and Onajah Q. Lawrence, and file this Complaint against Defendant Experian Information Solutions, Inc. ("Experian"), and respectfully show the Court as follows:

1. Plaintiffs Sherrod Deon Lawrence and Onajah Q. Lawrence are consumers and natural persons as defined by 15 U.S.C. § 1681a(c), residing in Barrow County, Georgia.
2. Defendant Experian is a consumer reporting agency as defined in 15 U.S.C. § 1681a(f), doing business in Georgia, and may be served through its registered agent: C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046-4805.
3. Jurisdiction and venue are proper in this Court under O.C.G.A. § 9-10-91 and O.C.G.A. § 14-2-510(b)(1), as the Plaintiffs reside in Barrow County, and the cause of action arose therein.

### FACTUAL ALLEGATIONS

4. Plaintiffs obtained copies of their credit reports from Experian and formally disputed the accuracy and completeness of the following accounts appearing therein:

   b. For Onajah Q. Lawrence:

   o   WFBNA AUTO (Account #: 51056004****) — This installment account is reported as a charge-off/collection despite having a $0.00 balance and no recent

payment activity. The data contains inconsistencies regarding the last active date, payment history, and remarks related to purchase by another lender, calling into question the accuracy of the information as required under 15 U.S.C. §§ 1681e(b) and 1681i.

  o  CB/VICSCRT (Account #: 585637533688****) — This revolving charge account is similarly reported as charged-off with discrepancies in reported credit limits, payment history, and resolution remarks that suggest the information is outdated or unverifiable.

a. For Sherrod Deon Lawrence:

- WELLS FARGO CARD SERVICES (Account #: 414718XXXXXXXXXX) — Listed as a charge-off with a balance of $28,775 and a credit limit of $25,000. The account reports inconsistent payment history, inflated balances, and inaccurate status updates.
- MOVEMENT MORTGAGE/SERVICEMAC (Account #: 414301XXXXXXXXXX) — Listed as open with a past-due balance of $1,950, inconsistent with documented timely payments. The reporting also includes repeated notations of 30-, 60-, 90-, and 120-day delinquencies that contradict payment records.

5. Plaintiff Sherrod Deon Lawrence sent a formal dispute letter on April 15, 2025, via USPS Certified Mail (Tracking #: 9400 1301 0935 5060 3503 30), asserting violations of 15 U.S.C. §§ 1681e(b) and 1681i. The letter, dated April 15, 2025, specifically identified the Wells Fargo accounts as containing unverifiable and materially misleading data, and requested reinvestigation in accordance with FCRA §§ 1681e(b) and 1681i. A certified copy of the dispute letter was sent to Experian's dispute address in Allen, Texas, and included supporting documentation and notarial verification of the sender's identity.

6. Experian acknowledged the dispute and conducted a reinvestigation.

7. However, Experian failed to correct or delete the inaccurate and misleading information in both accounts.

8. The WELLS FARGO account continues to report an inflated balance and historical inaccuracies, despite Experian noting the information was "updated."

9. The MOVEMENT MORTGAGE account remains in derogatory status with inconsistent reporting on past-due amounts despite evidence of consistent payments.

10. These continued inaccuracies have caused Plaintiffs emotional distress, reduced creditworthiness, and difficulty obtaining favorable credit terms, resulting in actual harm. In addition, Plaintiff Onajah Q. Lawrence submitted her own dispute letter to Experian, dated July 1, 2024, outlining detailed inconsistencies with the WFBNA AUTO and CB/VICSCRT accounts and requesting reinvestigation under 15 U.S.C. §§ 1681e(b) and 1681i. That dispute was sent via proper channels and explicitly warned that failure to correct the inaccuracies within the statutory timeframe would result in litigation for $1,000 per violation.

## LEGAL CLAIMS

COUNT I – WILLFUL VIOLATION OF THE FCRA (15 U.S.C. § 1681n)

11. Experian willfully failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiffs' credit information as required by § 1681e(b).

12. Experian willfully failed to conduct a reasonable reinvestigation of disputed information as required by § 1681i(a)(1)(A).

13. Experian willfully failed to delete or correct inaccurate, incomplete, or unverifiable information as required by § 1681i(a)(5)(A).

## COUNT II – NEGLIGENT VIOLATION OF THE FCRA (15 U.S.C. § 1681o)

14. In the alternative, Experian negligently failed to comply with the FCRA, resulting in damages to Plaintiffs.

## **DAMAGES**

15. Plaintiffs seek statutory damages under 15 U.S.C. § 1681n(a)(1)(A) of $1,000 per violation.

16. Plaintiffs allege at least eighteen (18) independent statutory violations:

| Account | Violation | Statute |
|---|---|---|
| WELLS FARGO CARD SERVICES | Inaccurate Reporting | 15 U.S.C. § 1681e(b) |
| | Unreasonable Reinvestigation | 15 U.S.C. § 1681i(a)(1)(A) |
| | Failure to Delete/Correct Inaccurate Data | 15 U.S.C. § 1681i(a)(5)(A) |
| MOVEMENT MORTGAGE/SERVICEMAC | Inaccurate Reporting | 15 U.S.C. § 1681e(b) |
| | Unreasonable Reinvestigation | 15 U.S.C. § 1681i(a)(1)(A) |
| | Failure to Delete/Correct Inaccurate Data | 15 U.S.C. § 1681i(a)(5)(A) |
| WFBNA AUTO (Onajah) | Inaccurate Reporting | 15 U.S.C. § 1681e(b) |
| | Unreasonable Reinvestigation | 15 U.S.C. § 1681i(a)(1)(A) |
| | Failure to Delete/Correct Inaccurate Data | 15 U.S.C. § 1681i(a)(5)(A) |
| CB/VICSCRT (Onajah) | Inaccurate Reporting | 15 U.S.C. § 1681e(b) |
| | Unreasonable Reinvestigation | 15 U.S.C. § 1681i(a)(1)(A) |
| | Failure to Delete/Correct Inaccurate Data | 15 U.S.C. § 1681i(a)(5)(A) |
| Account | Violation | Statute |
| WELLS FARGO CARD SERVICES | Inaccurate Reporting | 15 U.S.C. § 1681e(b) |

| | | |
|---|---|---|
| | Unreasonable Reinvestigation | 15 U.S.C. § 1681i(a)(1)(A) |
| | Failure to Delete/Correct Inaccurate Data | 15 U.S.C. § 1681i(a)(5)(A) |
| MOVEMENT MORTGAGE/SERVICEMAC | Inaccurate Reporting | 15 U.S.C. § 1681e(b) |
| | Unreasonable Reinvestigation | 15 U.S.C. § 1681i(a)(1)(A) |
| | Failure to Delete/Correct Inaccurate Data | 15 U.S.C. § 1681i(a)(5)(A) |

17. Accordingly, Plaintiffs seek statutory damages totaling $18,000.00, plus actual damages, punitive damages, costs, and reasonable attorney's fees as permitted by law.

## **PRAYER FOR RELIEF**

EXHIBITS

The following exhibits are attached in support of this Complaint and incorporated herein by reference:

**Exhibit A** – Sherrod D. Lawrence's Dispute Letter to Experian (dated April 15, 2025, USPS Tracking #: 9400 1301 0935 5060 3503 30)

**Exhibit B** – Experian Dispute Results – Wells Fargo (Sherrod D. Lawrence)

**Exhibit C** – Experian Dispute Results – Movement Mortgage (Sherrod D. Lawrence)

**Exhibit D** – Onajah Q. Lawrence's Dispute Letter to Experian (dated July 1, 2024)

**Exhibit E** – Experian Credit Report for Onajah Q. Lawrence (Annual Credit Report)

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendant Experian Information Solutions, Inc. as follows:

(a) Statutory damages of $18,000.00; (b) Actual damages in an amount to be determined at trial; (c) Punitive damages as permitted by law; (d) Costs of this action and reasonable attorney's fees; and (e) Such other relief as the Court deems just and proper.

## **NOTICE OF UNAVAILABILITY**

PLEASE TAKE NOTICE that Plaintiffs Sherrod Deon Lawrence and Onajah Q. Lawrence will be out of the country and unavailable from June 21, 2025, through July 1, 2025. Plaintiffs respectfully request that no hearings, deadlines, or other court proceedings be scheduled during

this period, and that any service of time-sensitive pleadings be reasonably extended or held in abeyance until after their return.

**ACKNOWLEDGEMENT**

STATE OF GEORGIA

COUNTY OF _Gwinnett_

On this 30th day of _May_ , 2025, before me, the undersigned Notary Public, personally appeared Sherrod Deon Lawrence and Onajah Q. Lawrence, known to me (or satisfactorily proven) to be the persons whose names are subscribed to this Complaint, and acknowledged that they executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: _07/28/2028_

Kamora Brown
NOTARY PUBLIC
GWINNETT COUNTY, GEORGIA
My Commission Expires 07/28/2028

_____

Sherrod Deon Lawrence 416 Camden Drive Winder, GA 30680 (706) 380-5624
slawrence0785@gmail.com

_____

Onajah Q. Lawrence, 416 Camden Drive Winder, GA 30680

# Exhibit A

**Sent via USPS Tracking Number: 9400 1301 0935 5060 3503 30**

Sherrod D. Lawrence

416 Camden Drive

Winder, GA 30680

706-380-5624

slawrence0785@gmail.com


April 15, 2025


Experian

P.O. Box 4500

Allen, TX 75013


Re: Formal Dispute of Inaccurate and Misleading Information under the FCRA


To Whom It May Concern,

I am writing to formally dispute several items listed on my credit report, which I obtained from your bureau. This letter serves as a good faith effort to correct inaccurate, incomplete, and unverifiable data reported under my name. I respectfully request a reinvestigation in accordance with the Fair Credit Reporting Act (FCRA), specifically 15 U.S.C. § 1681e(b) and § 1681i.

The following accounts contain inconsistencies and appear to violate provisions of the FCRA:

1. TRUIST BANK (Acct #: LS7651XXXX)
- This account is listed as a charge-off with a balance of $39,978, but the monthly payment and original balance fields are missing or unclear.

Sent via USPS Tracking Number: 9400 1301 0935 5060 3503 30

- The payment history shows 18 months of negative reporting beginning the same month the account was opened. It is improbable for an account to become charged-off immediately without a clear period of regular activity.

2. WELLS FARGO CARD SERVICES (Acct #: 414718XXXXXXXXXX)
- This account is listed as a charge-off with a balance of $28,775 against a credit limit of $25,000, reflecting over-limit activity without justification.
- The highest balance mirrors the charged-off amount and includes inconsistent late payment history that indicates potential reporting errors.

Each of these items contains material inaccuracies or lacks adequate clarity to be reliably verified. If your investigation cannot confirm the complete accuracy of the data, these accounts must be promptly removed under 15 U.S.C. § 1681i(a)(5).

Furthermore, I urge your agency to handle this dispute with the highest degree of care, especially in light of ongoing consumer concerns following previous data breaches. It is critical that all reported information meets the highest standard of accuracy to ensure consumers are not unjustly harmed.

I am requesting that these accounts be removed entirely from my credit file if they cannot be verified with documented evidence. Please mail me an updated copy of my credit report once your investigation is complete. This letter is accompanied by proper identification and will be notarized to verify my identity.

Thank you for your prompt attention to this matter.

Sincerely,

Sherrod D. Lawrence

**Sent via USPS Tracking Number: 9400 1301 0935 5060 3503 30**

## Notary Acknowledgement

State of Georgia

County of _BARROW_

Subscribed and sworn to (or affirmed) before me on this _16_ day of _APRIL_ . 2025,

by Sherrod D. Lawrence, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signature]_ _____ (Seal)

Notary Public

My Commission Expires: _Jan 22, 2028_

[Notary Seal: JAWANZA HOWELL, NOTARY PUBLIC, Comm. Exp. GEORGIA Jan. 22, 2028, BARROW COUNTY, GA]

Page 3 of 3

# Exhibit B

Prepared For

## SHERROD DEON LAWRENCE

Personal & Confidential

**Date Generated** May 1, 2025

**Report Number** 2082-6637-42

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### WFBNA CARD

Account · 414718XXXXXXXXXX



Updated

Information on this item has been updated. Please review your report for the details.

You can contact WFBNA CARD at PO BOX 393, MINNEAPOLIS , MN 55480 or (855) 854-3502

 # After your dispute



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **WFBNA CARD** | Balance | **$28,775** |
| Account Number | **414718XXXXXXXXXX** | Balance Updated | **05/01/2025** |
| Account Type | **Credit card** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **-** |
| Date Opened | **02/26/2023** | Original Balance | **$25,000** |
| Status | **Account charged off. $28,775 written off. $28,775 past due as of May 2025.** | Highest Balance | **$28,775** |
| | | Terms | **-** |
| | | On Record Until | **May 2031** |
| Status Updated | **02/2025** | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | **150** | **CO** | **CO** | **CO** | **CO** | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | **60** | **90** | **120** |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | |
|---|---|
| ✓ | Current / Terms met |
| 30 | Past due 30 days |
| 60 | Past due 60 days |
| 90 | Past due 90 days |
| 120 | Past due 120 days |
| 150 | Past due 150 days |
| CO | Charge off |

## Payment history guide

Charge Off as of May 2025 to Feb 2025

150 days past due as of Jan 2025

120 days past due as of Dec 2024

90 days past due as of Nov 2024

60 days past due as of Oct 2024

30 days past due as of Sep 2024

This account is scheduled to continue on record until May 2031.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2025 | $28,775 | $0 | $0 on 2/20/2025 |
| Feb 2025 | $28,775 | $0 | $0 on 2/20/2025 |
| Jan 2025 | $28,215 | $908 | $3 on 1/24/2025 |
| Dec 2024 | $27,593 | $855 | $20 on 12/27/2024 |
| Nov 2024 | $27,035 | $844 | $0 on 9/22/2024 |
| Oct 2024 | $26,461 | $851 | $0 on 9/22/2024 |
| Sep 2024 | $25,875 | $818 | $50 on 9/22/2024 |
| Aug 2024 | $25,366 | $1,662 | $288 on 8/22/2024 |
| Jul 2024 | $25,074 | $1,115 | $291 on 7/25/2024 |
| Jun 2024 | $24,789 | $579 | $250 on 6/22/2024 |
| May 2024 | $25,023 | $541 | $0 on 4/15/2024 |
| Apr 2024 | $24,983 | $250 | $525 on 4/15/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2024** | $24,328 | $525 | $0 on 2/22/2024 |
| **Feb 2024** | $24,021 | $241 | $243 on 2/22/2024 |
| **Jan 2024** | $24,242 | $243 | $491 on 1/22/2024 |
| **Dec 2023** | $24,525 | $520 | $0 on 11/22/2023 |
| **Nov 2023** | $24,496 | $245 | $245 on 11/22/2023 |
| **Oct 2023** | $24,408 | $245 | $244 on 10/20/2023 |
| **Sep 2023** | $24,319 | $244 | $243 on 9/15/2023 |
| **Aug 2023** | $24,229 | $243 | $238 on 8/5/2023 |
| **Jul 2023** | $23,711 | $238 | $200 on 7/13/2023 |
| **Jun 2023** | $19,905 | $200 | $4,837 on 6/9/2023 |
| **May 2023** | $16,248 | $163 | $132 on 5/22/2023 |

## Additional info

Between May 2023 and Apr 2025, your credit limit/high balance was $25,000

 ## Contact Info

Address            **PO BOX 393,**
                   **MINNEAPOLIS MN**
                   **55480**

 **Comment**

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

 **Reinvestigation Info**

This item was updated from our processing of
your dispute in May 2025.

 **Before your dispute**

 **Account Info**

| Account Name | WFBNA CARD | Balance | $28,775 |
|---|---|---|---|
| Account Number | 414718XXXXXXXXXX | Balance Updated | 04/27/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/26/2023 | Original Balance | $25,000 |
| Status | Account charged off. $28,775 written off. $28,775 past due as of Apr 2025. | Highest Balance | $28,775 |
| | | Terms | - |
| | | On Record Until | May 2031 |
| Status Updated | 01/2025 | | |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | — | — | — | — | — | — | — | — |

| | | | | | | | | | 30 | 60 | 90 | 120 | 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

| | |
|---|---|
| ✓ | Current / Terms met |
| 30 | Past due 30 days |
| 60 | Past due 60 days |
| 90 | Past due 90 days |
| 120 | Past due 120 days |
| 150 | Past due 150 days |
| CO | Charge off |

**Payment history guide**

Charge Off as of Apr 2025 to Jan 2025

150 days past due as of Dec 2024

120 days past due as of Nov 2024

90 days past due as of Oct 2024

60 days past due as of Sep 2024

30 days past due as of Aug 2024

This account is scheduled to continue on record until May 2031.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2025 | $28,775 | $0 | $0 on 2/20/2025 |
| Feb 2025 | $28,775 | $0 | $0 on 2/20/2025 |
| Jan 2025 | $28,215 | $908 | $3 on 1/24/2025 |
| Dec 2024 | $27,593 | $855 | $20 on 12/27/2024 |
| Nov 2024 | $27,035 | $844 | $0 on 9/22/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Oct 2024 | $26,461 | $851 | $0 on 9/22/2024 |
| Sep 2024 | $25,875 | $818 | $50 on 9/22/2024 |
| Aug 2024 | $25,366 | $1,662 | $288 on 8/22/2024 |
| Jul 2024 | $25,074 | $1,115 | $291 on 7/25/2024 |
| Jun 2024 | $24,789 | $579 | $250 on 6/22/2024 |
| May 2024 | $25,023 | $541 | $0 on 4/15/2024 |
| Apr 2024 | $24,983 | $250 | $525 on 4/15/2024 |
| Mar 2024 | $24,328 | $525 | $0 on 2/22/2024 |
| Feb 2024 | $24,021 | $241 | $243 on 2/22/2024 |
| Jan 2024 | $24,242 | $243 | $491 on 1/22/2024 |
| Dec 2023 | $24,525 | $520 | $0 on 11/22/2023 |
| Nov 2023 | $24,496 | $245 | $245 on 11/22/2023 |
| Oct 2023 | $24,408 | $245 | $244 on 10/20/2023 |
| Sep 2023 | $24,319 | $244 | $243 on 9/15/2023 |
| Aug 2023 | $24,229 | $243 | $238 on 8/5/2023 |
| Jul 2023 | $23,711 | $238 | $200 on 7/13/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2023 | $19,905 | $200 | $4,837 on 6/9/2023 |
| May 2023 | $16,248 | $163 | $132 on 5/22/2023 |
| Apr 2023 | $13,111 | $132 | $64 on 4/22/2023 |

### Additional info

Between Apr 2023 and Apr 2025, your credit limit/high balance was $25,000



### Contact Info

| | |
|---|---|
| Address | PO BOX 393, MINNEAPOLIS MN 55480 |



### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None



### Reinvestigation Info

This item was updated from our processing of your dispute in Apr 2025.

**If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file**

**disputing the accuracy or completeness of the information.**

➞ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

➞ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

➞ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

➞ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only

# Exhibit C

Prepared For

## SHERROD DEON LAWRENCE

Personal & Confidential

**Date Generated**   May 9, 2025

**Report Number**   4242-7757-08

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### MOVEMENT MORTGAGE/SM

Account • 414301XXXXXXX

Information on this item has been updated. Please review your report for the details.



Updated

You can contact MOVEMENT MORTGAGE/SM at 9726 OLD BAILES RD STE 200, FORT MILL , SC 29707 or None provided



## After your dispute

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **MOVEMENT MORTGAGE/SM** | Balance | **$277,371** |
| | | Balance Updated | **05/05/2025** |
| Account Number | **414301XXXXXXX** | Recent Payment | **$1,891 as of 4/28/2025** |
| Account Type | **Mortgage** | | |
| Responsibility | **Individual** | Monthly Payment | **$1,950** |
| | | Original Balance | **$303,610** |
| Date Opened | **05/28/2021** | Highest Balance | **-** |
| Status | **Open. $1,950 past due as of May 2025.** | Terms | **30 Years** |
| Status Updated | **10/2024** | Mortgage Agency Name | **Freddie Mac ID** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 30 | 30 | 30 | 30 | 30 | — | — | — | — | — | — | — |
| 2024 | 60 | ND | ND | 90 | ND | ND | ND | ND | ND | 30 | 30 | 30 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ✓ | ✓ | ✓ | 30 | 30 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | |
|---|---|
| ✓ | Current / Terms met |
| 30 | Past due 30 days |
| 60 | Past due 60 days |
| 90 | Past due 90 days |
| ND | No data for this period |

### Payment history guide

30 days past due as of May 2025 to Oct 2024,Dec 2023,Nov 2023

90 days past due as of Apr 2024

60 days past due as of Jan 2024

By Jul 2030, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Apr 2025** | **$277,947** | **$1,825** | **$1,891 on 4/1/2025** |
| **Mar 2025** | **$278,521** | **$1,825** | **$1,895 on 3/5/2025** |
| **Feb 2025** | **$279,098** | **$1,825** | **$1,891 on 1/29/2025** |
| **Jan 2025** | **$279,669** | **$1,825** | **$1,891 on 1/2/2025** |
| **Dec 2024** | **$280,576** | **$1,825** | **$1,891 on 11/29/2024** |
| **Nov 2024** | **$280,935** | **$1,825** | **$1,891 on 10/31/2024** |
| **Oct 2024** | **$281,373** | **$1,825** | **$1,891 on 10/4/2024** |
| **Apr 2024** | **$287,551** | **$1,893** | **$0 on 2/29/2024** |
| **Jan 2024** | **$288,161** | **$1,893** | **$0 on 11/15/2023** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Dec 2023 | $287,244 | $1,893 | $1,959 on 11/15/2023 |
| Nov 2023 | $288,219 | $1,893 | $0 on 10/5/2023 |
| Oct 2023 | $285,927 | $1,893 | $1,959 on 10/5/2023 |
| Sep 2023 | $286,473 | $1,893 | $1,959 on 9/5/2023 |
| Aug 2023 | $287,017 | $1,893 | $5,878 on 7/27/2023 |
| May 2023 | $288,871 | $1,893 | $1,959 on 4/28/2023 |

## Additional info

The original amount of this account was $303,610



## Contact Info

Address          **9726 OLD BAILES RD
STE 200,
FORT MILL SC 29707**



## Comment

**Current:**

**Account previously in dispute - investigation
complete, reported by data furnisher**

**Previous:**



## Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.



## Before your dispute



## Account Info

| | | | |
|---|---|---|---|
| Account Name | MOVEMENT MORTGAGE/SM | Balance | $277,947 |
| | | Balance Updated | 04/07/2025 |
| Account Number | 414301XXXXXXX | Recent Payment | $1,891 as of 4/1/2025 |
| Account Type | Mortgage | Monthly Payment | $1,825 |
| Responsibility | Individual | Original Balance | $303,610 |
| Date Opened | 05/28/2021 | Highest Balance | - |
| Status | Open. $1,825 past due as of Apr 2025. | Terms | 30 Years |
| Status Updated | 10/2024 | Mortgage Agency Name | Freddie Mac ID |

## Payment History

|      | J   | F   | M   | A   | M   | J   | J   | A   | S   | O   | N   | D   |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | 30  | 30  | 30  | 30  | —   | —   | —   | —   | —   | —   | —   | —   |
| 2024 | 60  | ND  | ND  | 90  | ND  | ND  | ND  | ND  | ND  | 30  | 30  | 30  |
| 2023 | ✓   | ✓   | ✓   | ✓   | ✓   | ND  | ND  | ✓   | ✓   | ✓   | 30  | 30  |
| 2022 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2021 | —   | —   | —   | —   | —   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

✓   Current / Terms met

| 30 | Past due 30 days |
| 60 | Past due 60 days |
| 90 | Past due 90 days |
| ND | No data for this period |

## Payment history guide

30 days past due as of Apr 2025 to Oct 2024,Dec 2023,Nov 2023

90 days past due as of Apr 2024

60 days past due as of Jan 2024

By Jul 2030, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2025 | $278,521 | $1,825 | $1,895 on 3/5/2025 |
| Feb 2025 | $279,098 | $1,825 | $1,891 on 1/29/2025 |
| Jan 2025 | $279,669 | $1,825 | $1,891 on 1/2/2025 |
| Dec 2024 | $280,576 | $1,825 | $1,891 on 11/29/2024 |
| Nov 2024 | $280,935 | $1,825 | $1,891 on 10/31/2024 |
| Oct 2024 | $281,373 | $1,825 | $1,891 on 10/4/2024 |
| Apr 2024 | $287,551 | $1,893 | $0 on 2/29/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jan 2024 | $288,161 | $1,893 | $0 on 11/15/2023 |
| Dec 2023 | $287,244 | $1,893 | $1,959 on 11/15/2023 |
| Nov 2023 | $288,219 | $1,893 | $0 on 10/5/2023 |
| Oct 2023 | $285,927 | $1,893 | $1,959 on 10/5/2023 |
| Sep 2023 | $286,473 | $1,893 | $1,959 on 9/5/2023 |
| Aug 2023 | $287,017 | $1,893 | $5,878 on 7/27/2023 |
| May 2023 | $288,871 | $1,893 | $1,959 on 4/28/2023 |

## Additional info

The original amount of this account was $303,610



## Contact Info

Address          9726 OLD BAILES RD
                 STE 200,
                 FORT MILL SC 29707



## Comment

**Current:**

Account previously in dispute - investigation
complete, reported by data furnisher

**Previous:**

Account previously in dispute - Investigation complete, reported by data furnisher

Oct 2024 to Mar 2025, Apr 2024, Aug 2023 to Jan 2024, May 2022 to May 2023

## WFBNA CARD

Account • 414718XXXXXXXXXX



Updated

Information on this item has been updated. Please review your report for the details.

You can contact WFBNA CARD at PO BOX 393, MINNEAPOLIS , MN 55480 or (855) 854-3502

 **After your dispute**

 **Account Info**

| Account Name | **WFBNA CARD** | Balance | **$28,775** |
|---|---|---|---|
| Account Number | **414718XXXXXXXXXX** | Balance Updated | **05/06/2025** |
| Account Type | **Credit card** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **-** |
| Date Opened | **02/26/2023** | Original Balance | **$25,000** |
| Status | **Account charged off. $28,775 written off. $28,775 past due as of May 2025.** | Highest Balance | **$28,775** |
| | | Terms | **-** |
| | | On Record Until | **May 2031** |
| Status Updated | **02/2025** | | |

# Exhibit D

7-1-2024

Onajah Q. Lawrence

416 Camden Drive

Winder, Georgia 30680

DOB: 02/19/1986

SSN: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

Experian Dispute Department

P.O. Box 4500

Allen, TX 75013

Subject: Dispute of Inaccurate Information in Credit Report

Dear Experian Dispute Department,

I am writing to formally dispute inaccurate information that appears on my credit report. I have identified several discrepancies and inaccuracies that need immediate attention and correction. The following accounts are the focus of this dispute:

## 1. **WFBNA AUTO**

- Account #: 51056004****
- Account Type: Installment
- Bureau Code: Individual
- Account Status: Derogatory
- Date Opened: 08/11/2014 (TransUnion), 08/01/2014 (Experian)
- Balance: $0.00
- Payment Status: Collection/Chargeoff
- Last Reported: 09/04/2023 (TransUnion), 09/03/2023 (Experian)
- Date Last Active: 09/04/2023 (TransUnion), 05/01/2019 (Experian)

- Date of Last Payment: 04/24/2019

## 2. **CB/VICSCRT**

- Account #: 585637533688****
- Account Type: Revolving
- Bureau Code: Individual
- Account Status: Derogatory
- Date Opened: 06/07/2018 (TransUnion), 06/01/2018 (Experian)
- Balance: $0.00
- Credit Limit: $150.00
- Payment Status: Collection/Chargeoff
- Last Reported: 03/11/2019
- Date Last Active: 03/01/2019
- Date of Last Payment: 07/09/2018

These accounts are reported inaccurately, and their presence on my credit report is negatively affecting my good name, character, and ability to qualify for new credit. Additionally, I have reason to believe that the furnishers of this information are unreliable sources.

Under the Fair Credit Reporting Act (15 USC 1681e(b) and 15 USC 1681i (5)), all information on my credit report must be 100% accurate across all three credit reporting agencies. Therefore, I request that you investigate these discrepancies and inaccuracies, and either update the information to reflect as accurate or remove these accounts from my credit report.

If my request is not fulfilled within 30-45 days, I will proceed with litigation to collect $1,000.00 in damages for each inaccuracy on my credit report, as permitted by law.

Please conduct a thorough investigation and provide me with a written statement of the outcome, including a copy of my corrected credit report.

Thank you for your prompt attention to this matter.

Sincerely,

/s/: <u>Onajah Q. Lawrence</u>

706-215-3201

onajahlawrence@gmail.com

# Exhibit E

# experian™

Prepared For

**ONAJAH LAWRENCE**

Personal & confidential

Date generated: Jan 29, 2024

**At a glance**

**FICO® Score 8**



**707** FICO® SCORE 8
Experian data Jan 29, 2024

300 ——————————————————— 850

Good

| Account summary | | Overall credit usage | Debt summary | |
|---|---|---|---|---|
| Open accounts | 13 | | Credit card and credit line debt | $5,306 |
| Self-reported accounts | 0 | | Self-reported account balance | $0 |
| Accounts ever late | 1 | **5 %** | Loan debt | $0 |
| Closed accounts | 0 | | Collections debt | $0 |
| Collections | 0 | | Total debt | $5,306 |
| Average account age | 5 yrs 8 mos | | | |
| Oldest account | 11 yrs | | | |

■ Credit used: $5,306

Credit limit: $107,400

Prepared For ONAJAH LAWRENCE    Date generated: Jan 29, 2024

# experian.

## Closed accounts

### ● COMENITYBANK/VICTORIA

1 potentially negative month

$0

Closed

#### Account info

| | | | |
|---|---|---|---|
| Account name | COMENITYBANK/VICTORIA | Balance | $0 |
| Account number | 5B5637XXXXXXXXXX | Balance updated | Mar 11, 2019 |
| Original creditor | - | Credit limit | $150 |
| Company sold | - | Monthly payment | $0 |
| Account type | Charge Card | Last Payment Date | Jul 09, 2018 |
| Date opened | Jun 07, 2018 | Highest balance | $294 |
| Open/closed | Closed | Terms | - |
| Status | Closed. $294 written off. | Responsibility | Individual |
| Status updated | Mar 2019 | Your statement | - |

#### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | CO | - | - | - | - | - | - | - | - | - |

CO Charge off          - Data Unavailable

#### ✉ Contact info

| | |
|---|---|
| Address | PO BOX 182789 COLUMBUS, OH 43218 |
| Phone number | - |

#### 🗎 Comments

Purchased by another lender

**experian.**

● WELLS FARGO DEALER SVC          $0

25 potentially negative months        Closed

## Account Info

| | | | |
|---|---|---|---|
| Account name | **WELLS FARGO DEALER SVC** | Balance | **$0** |
| Account number | **510560XXXXXX** | Balance updated | **Sep 03, 2023** |
| Original creditor | **-** | Original balance | **$13,157** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Auto Loan** | Last Payment Date | **Apr 24, 2019** |
| Date opened | **Aug 11, 2014** | Terms | **60 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Account charged off/Never late.** | Your statement | **-** |
| Status updated | **May 2019** | | |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ND | ND | ND | ND | ND | ND | ND | ND | CO | - | - | - |
| 2022 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2021 | CO | CO | CO | CO | ND | ND | ND | ND | ND | ND | ND | ND |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | ND | ND | ND | ND | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

✓ Current / Terms met      CO Charge off      ND No data for this period

- Data Unavailable

## Contact Info

| | |
|---|---|
| Address | PO BOX 71092 CHARLOTTE, NC 28272 |
| Phone number | (800) 289-8004 |

## Comments

Completed investigation of FCRA dispute - consumer disagrees

## IN THE SUPERIOR COURT OF BARROW COUNTY
## STATE OF GEORGIA

FILED
SUPERIOR COURT
BARROW COUNTY, GA

2025 JUN -2 PH 4:59

JANIE J. JONES, CLERK

**Sherrod Deon Lawrence and Onajah Q. Lawrence**
416 Camden Drive
Winder, GA 30680
**Plaintiffs,**

v.

Civil Action File No.: 25-CV-000802-G

**Experian Information Solutions, Inc.**
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046-4805
**Defendant.**

## SUMMONS

TO: **Experian Information Solutions, Inc.**
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046-4805

You are hereby summoned and required to file with the Clerk of the Superior Court of Barrow County and serve upon Plaintiffs, whose names and addresses are listed below, an answer to the Complaint which is herewith served upon you, within **30 days** after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

If a hearing has already been scheduled in this case, you must appear at that hearing, regardless of whether the 30 days for filing an answer has elapsed.

This 2nd day of June , 2025.

**Clerk of Superior Court**
**Barrow County, Georgia**

BY: _Laura lee Sloan_
[Clerk or Deputy Clerk's Signature]

**Plaintiffs' Contact Information:**
**Sherrod Deon Lawrence**
416 Camden Drive
Winder, GA 30680
(706) 380-5624
slawrence0785@gmail.com

**Onajah Q. Lawrence**
416 Camden Drive
Winder, GA 30680
onajahlawrence@gmail.com

# IN THE SUPERIOR/STATE COURT OF Barrow COUNTY

## STATE OF GEORGIA

Sherrod D. Lawrence
and Onajah Q Lawrence

**CIVIL ACTION
NUMBER** 25 CV-000802-G

_____
**PLAINTIFF**

**VS.**

Experian Information Solutions,
Inc.

_____
**DEFENDANT**

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Pro Se

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 3rd day of June 20 25

Clerk of Superior/State Court

BY _____
Deputy Clerk

---

*INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.*

(Summons Form# SC85-1)

SHERIFF'S ENTRY OF SERVICE

SC-B5-2

CLYDE CASTLEBERRY CO.

Civil Action No. 25-CV-000802-G

Date Filed 6-2-2025

Superior Court ☒
State Court ☐
Juvenile Court ☐

Magistrate Court ☐
Probate Court ☐

Georgia, Barrow COUNTY

**2nd Original**

Attorney's Address

Pro Se

Sherrod D Lawrence
Onajah Q Lawrence,
Plaintiff

VS.

Experian Information
Solutions, Inc.
Defendant

Name and Address of Party to be Served.

Experian Information Solutions,
C/o CT Corporation System
289 Culver Street
Lawrenceville Ga 30046

Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally, with a copy of the within actions and summons.

**NO RIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at their most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant Experian Information Solutions Inc a corporation by leaving a copy of the within action and summons with Jane Richardson in charge of the office and place of doing business of said Corporation in this County.

**TACK&** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed therein containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 20 day of Jun , 20 25

Lt. Higgins 5054
DEPUTY

SHERIFF DOCKET _____ PAGE _____

White - Clerk          Canary - Plaintiff          Pink - Defendant